

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| JOHNNY EARL ALEXANDER, | § | No. 08-14-00113-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 235th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Cooke County, Texas |
| | § | |
| State. | § | (TC# CR11-00295) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **June 14, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Janice Warder, the State's Attorney, prepare the State's brief and forward the same to this Court on or before June 14, 2015.

IT IS SO ORDERED this 15th day of May, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.